| DOCUMENTS UNDER SEAL ☐ | | | | DOCUMENT NUMBER: | |
|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Corinne Lew | | REPORTER/FTR<br>FTR:11:00 - 11:10, 1:58-2:15, 2:38-2:51 | |
| MAGISTRATE JUDGE<br>Patricia V. Trumbull | | DATE<br>6/21/07 | | NEW CASE ☐ | CASE NUMBER<br>CR 07-00373 RMW |

| APPEARANCES |||||||
|---|---|---|---|---|---|---|
| DEFENDANT<br>Ned Roscoe | AGE | CUST<br>N | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>C. Lie | | PD. ☒  RET. ☐<br>APPT. ☐ |
| U.S. ATTORNEY<br>J. Fazioli/C. Singh | INTERPRETER || ☒ | FIN. AFFT<br>SUBMITTED | ☒ | COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>L. Weigel ||| DEF ELIGIBLE FOR<br>APPT'D COUNSEL  ☐ || PARTIAL PAYMENT<br>OF CJA FEES  ☐ |

### PROCEEDINGS SCHEDULED TO OCCUR - ( IF NOT HELD   TYPE NH IN TIME FIELD)

| | | | | | |
|---|---|---|---|---|---|
| ☒ INITIAL APPEAR<br>time 37 min. | ☐ PRELIM HRG<br>time | ☐ MOTION<br>time | ☐ JUGM'T & SENTG<br>time | ☐ STATUS<br>time | |
| ☐ I.D. COUNSEL<br>time | ☒ ARRAIGNMENT<br>time 3 min. | ☐ BOND SIGNING<br>time | ☐ IA REV PROB. or S/R<br>time | ☐ BAIL REVIEW<br>time | |
| ☐ DETENTION HRG<br>time | ☐ ID/REMOVAL HRG<br>time | ☐ CHANGE PLEA<br>time | ☐ PROB. REVOC.<br>time | ☐ SUP REL HRG<br>time | |

### INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☒ ARRAIGNED ON INDICTMENT | ☒ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☒ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ 150,000 PR | SPECIAL NOTES | ☒ PASSPORT SURRENDERED<br>DATE: 6/21/07 |
|---|---|---|---|---|
| PROPERTY TO BE POSTED<br>☐ CASH  $ || CORPORATE SECURITY ☐ || REAL PROPERTY: ☐ |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED  ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF |||||

### PLEA

| ☐ CONSENT ENTERED | ☒ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO:<br>7/9/07 | ☐ I.D. COUNSEL | ☐ BOND SIGNING | ☐ STATUS RE: CONSENT | ☒ STATUS/TRIALSET |
|---|---|---|---|---|
| AT:<br>9:00 AM | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR | ☐ CHANGE OF PLEA | ☐ BAIL REVIEW |
| BEFORE HON.<br>Ronald M. Whyte | ☐ DETENTION HEARING | ARRAIGN-MENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY/REMOVAL | ☐ PRETRIAL CONFERENCE | ☐ PROBATION REV. HEARING |

### ADDITIONAL PROCEEDINGS

150,000 PR SECURED BY DEFENDANT'S SIGNATURE AND SURETY SIGNATURE.
7/9/07 at 11:00 AM FOR SURETY SIGNING BEFORE PVT.

cc: J. Garcia