1    BARRY J. PORTMAN
     Federal Public Defender
2    CYNTHIA C. LIE
     Assistant Federal Public Defender
3    160 West Santa Clara Street, Suite 575
     San Jose, CA  95113
4    Telephone:  (408) 291-7753

5    Counsel for Defendant NED ROSCOE

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10

     UNITED STATES OF AMERICA,              )    No. CR-07-00373 RMW
11                                          )
                    Plaintiff,              )    *EX PARTE* APPLICATION FOR TRAVEL
12                                          )    AUTHORIZATION
     vs.                                    )
13                                          )
     NED ROSCOE and JOHN ROSCOE,            )    **Hon. Patricia V. Trumbull**
14                                          )
                    Defendant.              )
15   _____)

16
            Defendant Ned Roscoe hereby seeks permission to travel to the District of Idaho from
17
     Wednesday, July 18, 2007 to Saturday, July 21, 2007.  This application is based upon the
18
     attached declaration of counsel and is unopposed by the government.
19

20
     Dated: July 11, 2007
21
                                    Respectfully submitted,
22
                                    BARRY J. PORTMAN
23                                  Federal Public Defender

24                                       /S/

25                                  CYNTHIA C. LIE
                                    Assistant Federal Public Defender
26

*Ex Parte* Application for Travel Authorization        1