BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant NED ROSCOE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-00373 RMW |
| ) | |
| Plaintiff, ) | DECLARATION OF COUNSEL IN |
| ) | SUPPORT OF *EX PARTE* APPLICATION |
| vs. ) | FOR TRAVEL AUTHORIZATION |
| ) | |
| NED ROSCOE and JOHN ROSCOE, ) | **Hon. Patricia V. Trumbull** |
| ) | |
| Defendant. ) | |
| _____ ) | |

I, Cynthia C. Lie, hereby declare as follows:

1.　　I am the Assistant Federal Public Defender appointed to represent defendant Ned Roscoe ("Mr. Roscoe") in the above-referenced matter.

2.　　On June 21, 2007, the Court released Mr. Roscoe on a $150,000 personal recognizance bond secured by his signature and to be further secured by the signature of another financially responsible person.  Among the conditions of his pretrial release was a travel restriction to the Northern District of California and certain enumerated counties of the Eastern District of California, where Mr. Roscoe resides and works.

3.　　On July 9, 2007, Mr. Roscoe informed me that he needed to travel to Ketchum, Idaho for the purpose of managing one of his business interests in that location.  He informed me

1  that he planned to travel, subject to the Court's authorization, by plane to Boise, Idaho on

2  Wednesday, July 18, 2007, and from thence by automobile to Ketchum, Idaho. He further

3  informed me of his intention to return in like manner on Saturday, July 21, 2007.

4      4.    On July 9, 2007, Jay Chapman appeared before the court and signed as the

5  requisite additional surety for Mr. Roscoe. At that time, I informed the Court, government and

6  United States Pretrial Services of Mr. Roscoe's proposed travel.

7      5.    On July 9, 2007, I telephoned Assistant United States Attorney Carlos Singh, who

8  had been absent from the surety signing, and informed him of Mr. Roscoe's proposed travel. Mr.

9  Singh indicated that he had no opposition to the proposal.

10      6.    On July 9, 2007, I left a voice-mail message for Supervising United States Pretrial

11  Officer Jaime Carranza to ask whether he has any opposition to the proposed travel. As of the

12  morning of July 11, 2007, I have received no objection from Mr. Carranza.

13      I declare under penalty of perjury that the foregoing is true and correct and of my personal

14  knowledge, except as to those matters stated on information and belief, and as to those matters, I

15  believe them to be true.

16      Executed this 11th day of July 2007 in San Jose, California.

17

18                                    s/_____

                                  CYNTHIA C. LIE

19                                  Assistant Federal Public Defender

20

21

22

23

24

25

26

Declaration in Support of *Ex Parte* Application
for Travel Authorization                        2