IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-00373 RMW |
| Plaintiff, | ) ) | [PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR TRAVEL AUTHORIZATION |
| vs. | ) ) | |
| NED ROSCOE and JOHN ROSCOE, | ) | **Hon. Patricia V. Trumbull** |
| Defendant. | ) ) | |

Good cause appearing, it is hereby ordered that defendant Ned Roscoe may travel to the District of Idaho on Wednesday, July 18, 2007, returning Saturday, July 21, 2007.

It is further ordered that Ned Roscoe shall provide United States Pretrial Services with his itinerary and local contact information prior to his departure and shall contact United States Pretrial Services upon his return.

All other conditions of the Order Setting Conditions of Release and Appearance Bond issued June 21, 2007 remain in full force and effect.

Dated: July ___, 2007

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

[Proposed] Order Granting *Ex Parte* Application
for Travel Authorization                                       1