***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte          **REPORTER:** Lee-Anne Shortridge

**DATE:** July 9, 2007          **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00373-RMW

**TITLE:** UNITED STATES OF AMERICA  -v- NED & JOHN ROSCOE
     **APPEARANCES:**                              (P)

**PLTF:** AUSA: C. Singh          **DEFT:** C. Lie & P. Leeming

**COURT ACTION:** STATUS HEARING

Hearing Held. The government needs to provide the defense with discovery. The Court continued this matter to September 10, 2007 @ 9:00 am for a Status Hearing. The Court excluded time based on continuity of counsel. Time is excluded to 9/10/07. Government to prepare exclusion order.

          */s/ Jackie Garcia*
          **JACKIE GARCIA**
          **Courtroom Deputy**