BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant NED ROSCOE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-00373 RMW |
| ) | |
| Plaintiff, ) | *EX PARTE* APPLICATION FOR TRAVEL |
| ) | AUTHORIZATION |
| vs. ) | |
| ) | |
| NED ROSCOE and JOHN ROSCOE, ) | **Hon. Patricia V. Trumbull** |
| ) | |
| Defendant. ) | |
| _____) | |

Defendant Ned Roscoe hereby seeks permission to travel to the District of Idaho from Wednesday, July 25, 2007 to Friday, July 27, 2007.  This application is based upon the attached declaration of counsel and is unopposed by the government.

Dated: July 13, 2007

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender

/S/

CYNTHIA C. LIE
Assistant Federal Public Defender