1  BARRY J. PORTMAN
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant NED ROSCOE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-07-00373 RMW |
| Plaintiff, | DECLARATION OF COUNSEL IN SUPPORT OF *EX PARTE* APPLICATION FOR TRAVEL AUTHORIZATION |
| vs. | |
| NED ROSCOE and JOHN ROSCOE, | **Hon. Patricia V. Trumbull** |
| Defendant. | |

I, Cynthia C. Lie, hereby declare as follows:

1.  I am the Assistant Federal Public Defender appointed to represent defendant Ned Roscoe ("Mr. Roscoe") in the above-referenced matter.

2.  On June 21, 2007, the Court released Mr. Roscoe on a $150,000 personal recognizance bond secured by his signature and to be further secured by the signature of another financially responsible person.  Among the conditions of his pretrial release was a travel restriction to the Northern District of California and certain enumerated counties of the Eastern District of California, where Mr. Roscoe resides and works.

3.  On July 11, 2007, the Court issued an order granting Mr. Roscoe's *ex parte* application to travel to the District of Idaho on business from Wednesday, July 18, 2007 to

1 | Saturday, July 21, 2007.  Mr. Roscoe's application was unopposed by Assistant United States
2 | Attorney Carlos Singh and Supervising United States Pretrial Services Officer Jaime Carranza.
3 |     4.    On July 12, 2007, Mr. Roscoe informed me that due to an unforeseen emergency,
4 | he would be unable to travel to Idaho as originally scheduled, and that he wished instead to travel
5 | to Idaho from Wednesday, July 25, 2007 to Friday, July 27, 2007.  He plan remains to travel by
6 | air from the Northern District of California to Boise, Idaho and from thence by car to Ketchum,
7 | Idaho, where he will stay for two days at a local hotel before returning by the same means.
8 |     5.    On July 12, 2007, I left voice-mail messages for Supervising United States
9 | Pretrial Officer Jaime Carranza and Assistant United States Attorney Carlos Singh to ask whether
10 | they had any opposition to the proposed travel.  As of the afternoon of July 13, 2007, I have
11 | received no objection from either; however, I am informed and believe that Mr. Singh is out of
12 | the office until July 16, 2007.
13 |     I declare under penalty of perjury that the foregoing is true and correct and of my personal
14 | knowledge, except as to those matters stated on information and belief, and as to those matters, I
15 | believe them to be true.
16 |     Executed this 13th day of July 2007 in San Jose, California.
17 |
18 |     s/_____
19 |     CYNTHIA C. LIE
    Assistant Federal Public Defender