```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  CYNTHIA C. LIE
    Assistant Federal Public Defender
 3  160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
 4  Telephone:  (408) 291-7753

 5  Counsel for Defendant NED ROSCOE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-00373 RMW |
| ) | |
| Plaintiff, ) | STIPULATION RE MODIFICATION OF |
| ) | TRAVEL RESTRICTION |
| vs. ) | |
| ) | |
| NED ROSCOE and JOHN ROSCOE, ) | **Hon. Patricia V. Trumbull** |
| ) | |
| Defendant. ) | |
| _____) | |

      Defendant Ned Roscoe and the government hereby stipulate and agree that the Order Setting Conditions of Release and Appearance Bond issued June 21, 2007 may be modified to permit Mr. Roscoe to travel from the Northern District of California to the District of Idaho as needed for business purposes, subject to the prior approval of his supervising United States Pretrial Services Officer.

      The parties further stipulate that Mr. Roscoe may travel through the Eastern District of California and the District of Nevada en route to his Ketchum, Idaho destination.

Dated: August 8, 2007

                                                              s/_____
                                                             CYNTHIA C. LIE
                                                             Assistant Federal Public Defender

Stipulation re Modification of Travel Restriction          1

1  Dated: August 9, 2007

2

3                                              s/_____
                                               CARLOS SINGH
                                               Assistant United States Attorney
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Stipulation re Modification of Travel Restriction          2