1

2

3

4

5

6

7

8

9

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12

13

14

15

| UNITED STATES OF AMERICA, | ) | No. CR-07-00373 RMW |
|---|---|---|
| Plaintiff, | ) ) ) | [PROPOSED] ORDER MODIFYING TRAVEL RESTRICTION |
| vs. | ) ) | **Hon. Patricia V. Trumbull** |
| NED ROSCOE and JOHN ROSCOE, | ) ) | |
| Defendant. | ) ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that defendant

Ned Roscoe may travel to the District of Idaho as needed for business purposes, subject to the

prior approval of United States Pretrial Services.

It is further ordered that Mr. Roscoe, when traveling by ground transportation to his

Ketchum, Idaho destination, shall be permitted to travel through the District of Nevada.

All other conditions of the Order Setting Conditions of Release and Appearance Bond

issued June 21, 2007 remain in full force and effect.

16

17

18

19

20

21

22

23

Dated: August ___, 2007

24

25

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

26

[Proposed] Order Granting *Ex Parte* Application
for Travel Authorization                           1