E-FILED

1

2

3

4

5

6

7

8

9

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-00373 RMW |
| Plaintiff, | ) ) ) | [PROPOSED] ORDER MODIFYING TRAVEL RESTRICTION |
| vs. | ) ) | Hon. Patricia V. Trumbull |
| NED ROSCOE and JOHN ROSCOE, | ) ) | |
| Defendant. | ) ) | |

10

11

12

13

14

15        Good cause appearing and by stipulation of the parties, it is hereby ordered that defendant

16   Ned Roscoe may travel to the District of Idaho as needed for business purposes, subject to the

17   prior approval of United States Pretrial Services.

18        It is further ordered that Mr. Roscoe, when traveling by ground transportation to his

19   Ketchum, Idaho destination, shall be permitted to travel through the District of Nevada.

20        All other conditions of the Order Setting Conditions of Release and Appearance Bond

21   issued June 21, 2007 remain in full force and effect.

22

23

Dated: August 10, 2007

24

25                                              PATRICIA V. TRUMBULL
                                                United States Magistrate Judge
26

[Proposed] Order Granting *Ex Parte* Application
for Travel Authorization                          1