1  BARRY J. PORTMAN
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant NED ROSCOE

6

7
                 IN THE UNITED STATES DISTRICT COURT
8
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,          )    No. CR-07-00373 RMW
                                      )
11                  Plaintiff,        )    *EX PARTE* APPLICATION FOR
                                      )    MODIFICATION OF TRAVEL
12 vs.                                )    RESTRICTION
                                      )
13 NED ROSCOE and JOHN ROSCOE,        )
                                      )    **Hon. Patricia V. Trumbull**
14                  Defendant.        )
   _____)

15
       Defendant Ned Roscoe hereby seeks modification of the Order Setting Conditions of
16
   Release and Appearance Bond issued June 21, 2007, to permit him to travel without restriction
17
   within the State of California.  This application is based upon the attached declaration of counsel
18
   and is unopposed by the government or United States Pretrial Services.
19

20 Dated: December 4, 2007

21                                   Respectfully submitted,

22                                   BARRY J. PORTMAN
                                     Federal Public Defender
23
                                            /S/
24
                                     CYNTHIA C. LIE
25                                   Assistant Federal Public Defender

26

*Ex Parte* Application for Modification of Travel
Authorization                        1