BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant NED ROSCOE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>NED ROSCOE and JOHN ROSCOE,<br><br>   Defendant. | No. CR-07-00373 RMW<br><br>DECLARATION OF COUNSEL IN SUPPORT OF *EX PARTE* APPLICATION FOR MODIFICATION OF TRAVEL RESTRICTION<br><br>**Hon. Patricia V. Trumbull** |

I, Cynthia C. Lie, hereby declare as follows:

1.  I am the Assistant Federal Public Defender appointed to represent defendant Ned Roscoe ("Mr. Roscoe") in the above-referenced matter.

2.  On June 21, 2007, the Court released Mr. Roscoe on a $150,000 personal recognizance bond secured by his signature and to be further secured by the signature of another financially responsible person. Among the conditions of his pretrial release was a travel restriction to the Northern District of California and certain enumerated counties of the Eastern District of California, where Mr. Roscoe resides and works.

3.  On August 13, 2007, this Court modified the travel restriction to permit Mr. Roscoe to travel to Ketchum, Idaho (via the Eastern District of California and the District of Nevada) as needed for business purposes.

4. On December 3, 2007, Mr. Roscoe informed me that he expects to be required to appear personally and frequently in legal proceedings his employer will be initiating in the Central District of California. Mr. Roscoe was unable to project with specificity the dates he will be expected to travel or the duration of time these trips will entail. He further informed me that his employment will frequently require him to deliver merchandise to a customer in Butte County, which is not among the counties of the Eastern District to which he is currently permitted to travel. Mr. Roscoe also indicated that his son's Boy Scout troop is planning a trip to Yosemite National Park, which is also located outside of the area in which he is currently permitted to travel.

5. On December 3, 2007, I spoke with Assistant United States Attorney Carlos Singh Mr. Singh indicated that he had no opposition to the proposed modification.

6. On December 3, 2007, I spoke with United States Pretrial Officer Sandy Hall, who is responsible for courtesy supervision of Mr. Roscoe in the Eastern District of California. Ms. Hall indicated that she had no opposition to the proposed modification.

I declare under penalty of perjury that the foregoing is true and correct and of my personal knowledge, except as to those matters stated on information and belief, and as to those matters, I believe them to be true.

Executed this 4th day of December 2007 in San Jose, California.


s/_____
CYNTHIA C. LIE
Assistant Federal Public Defender