*E-FILED *

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte          **REPORTER:** Lee-Anne Shortridge

**DATE:** December 10, 2007          **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00373-RMW

**TITLE:** UNITED STATES OF AMERICA    -v- NED & JOHN ROSCOE
    **APPEARANCES:**                  (N/A)

**PLTF:** AUSA: C. Singh          **DEFT:** C. Lie & P. Leeming

**COURT ACTION:** STATUS HEARING

Hearing Held.  The defendants appearance have been previously waived.  Government advised the Court that they will provide the defense with the requested discovery within 10 days.  The remaining discovery , defense to obtain by way of subpoena.  The Court continued this matter to 1/28/08 @ 9:00 am for a Status Hearing. The Court deemed the case complex.  The Court excluded time based on complexity of case and effective preparation.  Time is excluded to 1/28/08.  Government to prepare exclusion order.

                                                              */s/ Jackie Garcia*
                                                              **JACKIE GARCIA**
                                                          **Courtroom Deputy**