JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CARLOS SINGH (PASBN 50581)
Assistant United States Attorney

Attorney for Plaintiff
United States of America

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5065
Fax: (408) 535-5066
E-Mail: carlos.singh@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>NED ROSCOE, and<br>JOHN ROSCOE,<br><br>    Defendants. | No. CR 07-00373-RMW<br><br>[Proposed]<br>ORDER REFLECTING CONTINUANCE<br>OF STATUS HEARING TO<br>JANUARY 28, 2008 AND FINDING<br>OF EXCLUSION OF TIME |

    The Court held a status hearing on December 10, 2007. The government reported that it was in the process of responding to further defense discovery requests. The parties noted that the case involved some complex financial transactions. The court, upon request of the parties, declared the case complex. Counsel for John Roscoe reported that he would be unavailable in early January 2008 for a follow up status. The status hearing was continued to January 28, 2008 at 9:00a.m.

    The time between December 10, 2007 and January 28, 2008, as agreed to by the parties, was excluded to permit the government to respond to outstanding discovery requests, for effective defense preparation, continuity of counsel, complexity and that the ends of justice

1  served by granting the continuance outweigh the best interests of the public and the defendants in
2  a speedy trial.  18 U.S.C. §§ 3161(h)(8)(A) and (B).
3
4  **SO ORDERED.**
5
6  DATED:                                    _____
7                                            RONALD M. WHYTE
                                             United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28