1  BARRY J. PORTMAN
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant NED ROSCOE

6

7
                IN THE UNITED STATES DISTRICT COURT
8
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,          )    No. CR-07-00373 RMW
                                       )
11              Plaintiff,             )    *EX PARTE* APPLICATION FOR
                                       )    MODIFICATION OF TRAVEL
12  vs.                                )    RESTRICTION
                                       )
13  NED ROSCOE and JOHN ROSCOE,        )
                                       )    **Hon. Patricia V. Trumbull**
14              Defendant.             )
    _____)

15
            Defendant Ned Roscoe hereby seeks modification of the Order Setting Conditions of
16
    Release and Appearance Bond issued June 21, 2007, to permit him to travel within the
17
    continental United States, subject to the prior approval of United States Pretrial Services.  This
18
    application is based upon the attached declaration of counsel and is unopposed by the
19
    government or United States Pretrial Services.
20

21  Dated: January 8, 2008

22                                    Respectfully submitted,

23                                    BARRY J. PORTMAN
                                      Federal Public Defender
24
                                          /S/
25
                                      CYNTHIA C. LIE
26                                    Assistant Federal Public Defender

*Ex Parte* Application for Modification of Travel
Authorization                              1