BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant NED ROSCOE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>NED ROSCOE and JOHN ROSCOE,<br><br>　　　　　　Defendant. | No. CR-07-00373 RMW<br><br>DECLARATION OF COUNSEL IN SUPPORT OF *EX PARTE* APPLICATION FOR MODIFICATION OF TRAVEL RESTRICTION<br><br>**Hon. Patricia V. Trumbull** |

I, Cynthia C. Lie, hereby declare as follows:

1.　　I am the Assistant Federal Public Defender appointed to represent defendant Ned Roscoe ("Mr. Roscoe") in the above-referenced matter.

2.　　On June 21, 2007, the Court released Mr. Roscoe on a $150,000 personal recognizance bond secured by his signature and to be further secured by the signature of another financially responsible person.  Among the conditions of his pretrial release was a travel restriction to the Northern District of California and certain enumerated counties of the Eastern District of California, where Mr. Roscoe resides and works.

3.　　On August 13, 2007, this Court modified the travel restriction to permit Mr. Roscoe to travel to Ketchum, Idaho (via the Eastern District of California and the District of Nevada) as needed for business purposes.

Declaration in Support of *Ex Parte* Application
for Modification of Travel Restriction　　　　　　1

4.      On December 4, 2007, this Court modified the travel restriction to permit Mr. Roscoe to travel throughout the State of California without restriction.

5.      On January 5, 2008, Mr. Roscoe contacted me to request a further modification, permitting him to travel throughout the continental United States upon the approval of United States Pretrial Services. Mr. Roscoe informed me that he, like his father and codefendant John Roscoe, would be obliged from time to time to travel out of state at the request and expense of his employer. Mr. Roscoe further informed me that the deteriorating medical condition of a family member in Chicago would soon be expected to require his travel to that city on short notice. On January 8, 2008, I spoke with Assistant United States Attorney Carlos Singh. Mr. Singh, having previously agreed to a similar modification for codefendant John Roscoe, indicated that he had no opposition to the proposed modification for Ned Roscoe, provided that United States Pretrial Services consented to it.

6.      On January 8, 2008, I spoke with United States Pretrial Officer Sandy Hall, who is responsible for courtesy supervision of Mr. Roscoe in the Eastern District of California. Ms. Hall, having previously agreed to a similar modification for codefendant John Roscoe, indicated that she had no opposition to the proposed modification for Ned Roscoe.

I declare under penalty of perjury that the foregoing is true and correct and of my personal knowledge, except as to those matters stated on information and belief, and as to those matters, I believe them to be true.

Executed this 8th day of January 2008 in San Jose, California.


s/_____
CYNTHIA C. LIE
Assistant Federal Public Defender