E-FILED

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-07-00373 RMW |
|---|---|---|
| Plaintiff, | ) | [~~PROPOSED~~] ORDER MODIFYING TRAVEL RESTRICTION |
| vs. | ) | **Hon. Patricia V. Trumbull** |
| NED ROSCOE and JOHN ROSCOE, | ) | |
| Defendants. | ) | |

Good cause appearing and without objection by the government or United States Pretrial Services, it is hereby ordered that the Order Setting Conditions of Release and Appearance Bond issued June 21, 2007 shall be modified to permit defendant Ned Roscoe to travel within the continental United States subject to the prior approval of United States Pretrial Services.

All other conditions remain in full force and effect.

Dated: January 9, 2008

PATRICIA V. TRUMBULL
United States Magistrate Judge

[Proposed] Order Granting *Ex Parte* Application
for Modification of Travel Restriction                1