BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant NED ROSCOE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NED ROSCOE and JOHN ROSCOE<br><br>　　　　　Defendants. | No. CR-07-00373 RMW<br><br>STIPULATION AND [PROPOSED] ORDER EXCUSING DEFENDANTS FROM APPEARANCE AT HEARING |

**STIPULATION**

　　　The parties hereby stipulate and agree that hereby stipulate, by and through undersigned counsel, that defendants Ned and John Roscoe may be excused from personally appearing at the status hearing of Monday, January 28, 2008.  The undersigned believe that the status hearing will address discovery issues not otherwise requiring the defendants' personal presence or participation.

Dated: January 24, 2008

　　　　　　　　　　　　　　　　　　　　　　s/_____
　　　　　　　　　　　　　　　　　　　　　　CYNTHIA C. LIE
　　　　　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender
　　　　　　　　　　　　　　　　　　　　　　Counsel for Ned Roscoe

1  Dated: January 25, 2008

2                                              s/_____
                                         CARLOS SINGH
3                                        Assistant United States Attorney
                                         Counsel for the United States

4

5  **[PROPOSED] ORDER**

6  By stipulation of the parties, it is hereby ordered that defendants are excused from

7  appearing personally at the status hearing of January 28, 2008.

8

9  Dated: January ___, 2008

10                                             _____
                                          RONALD M. WHYTE
11                                        United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26