*E-FILED *

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte         **REPORTER:** Lee-Anne Shortridge

**DATE:** January 28, 2008         **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00373-RMW

**TITLE:** UNITED STATES OF AMERICA    -v- NED & JOHN ROSCOE
      APPEARANCES:                                (N/A)

**PLTF:** AUSA: C. Singh              **DEFT:** C. Lie

**COURT ACTION:** STATUS HEARING

Hearing Held.  The defense intends on filing discovery motions and third party subpoenas.  The Court continued this matter to 2/25/08 @ 9:00 am for a Status Hearing.  The Court excluded time based on effective preparation and continuity of counsel.  Time is excluded to 2/25/08.  Government to prepare exclusion order.

      */s/ Jackie Garcia*
        **JACKIE GARCIA**
      **Courtroom Deputy**