1  BARRY J. PORTMAN
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant NED ROSCOE

*E-FILED - 2/6/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-00373 RMW |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [] |
| | ) | ORDER EXCUSING DEFENDANTS |
| vs. | ) | FROM APPEARANCE AT HEARING |
| | ) | |
| NED ROSCOE and JOHN ROSCOE | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**STIPULATION**

The parties hereby stipulate and agree that hereby stipulate, by and through undersigned counsel, that defendants Ned and John Roscoe may be excused from personally appearing at the status hearing of Monday, January 28, 2008.  The undersigned believe that the status hearing will address discovery issues not otherwise requiring the defendants' personal presence or participation.

Dated: January 24, 2008

s/_____
CYNTHIA C. LIE
Assistant Federal Public Defender
Counsel for Ned Roscoe

Stipulation and [] Order Excusing
Defendants from Appearance at Hearing           1

1  Dated: January 25, 2008

2                                                 s/_____
                                                CARLOS SINGH
3                                                 Assistant United States Attorney
                                                Counsel for the United States

4

5                                             **[] ORDER**

6  By stipulation of the parties, it is hereby ordered that defendants are excused from

7  appearing personally at the status hearing of January 28, 2008.

8

9  Dated: February 6, 2008

10                                    *Ronald M. Whyte*
                                   RONALD M. WHYTE
11                                    United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26