JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

EUMI L. CHOI (WVBN 722)
Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-5079
   Facsimile:  (408) 535-5066
   Email: Eumi.Choi@usdoj.gov

*E-FILED - 2/26/08*

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NED ROSCOE, and ) <br> JOHN ROSCOE, ) <br> ) <br>    Defendants. ) <br> _____ ) | No. CR 07-00373 RMW <br><br> STIPULATION AND [] ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME FROM JANUARY 28, 2008 TO APRIL 7, 2008 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A),(B)) |

     On January 28, 2008, the parties appeared for a hearing before the Court for a status hearing. At that time, based upon the request of the parties, the Court set the matter for a status hearing on February 25, 2008 to allow for counsel's review of the discovery in this case. The parties thus stipulated to an exclusion of time under the Speedy Trial Act to allow counsel for defendants reasonable time for effective preparation. Since then, the matter has been reassigned to the below-signed AUSA. The parties have stipulated to a continuance of the hearing until April 7, 2008, if that is agreeable to the Court.

     The United States hereby submits this written request for an order finding that said time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161, in that the ends of justice are served

1  by taking such action and outweigh the best interests of the public and defendant in a speedy
2  trial.  18 U.S.C. § 3161(h)(8)(A).   Further, the failure to grant such a continuance would
3  unreasonably deny counsel for defendants and the Government the reasonable time necessary for
4  effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §
5  3161(h)(8)(B)(iv).

7  DATED: February 21, 2008                    JOSEPH P. RUSSONIELLO
                                               United States Attorney

                                               _____/s/_____
10                                             EUMI L. CHOI
                                               Assistant United States Attorney

                                               _____/s/_____
12                                             PETER LEEMING
13                                             Counsel for Defendant

                                               _____/s/_____
14                                             CYNTHIA LIE
15                                             Counsel for Defendant

2

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the hearing be continued from February 25, 2008 until April 7, 2008.  Further, it is ORDERED that the time between January 28, 2008 and April 7, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161.  The Court finds that the ends of justice are served by taking such action and outweigh the best interests of the public and defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).  Further, the failure to grant such a continuance would unreasonably deny counsel for defendants and the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 2/26/08

_Ronald M. Whyte_
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE