1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  EUMI L. CHOI (WVBN 722)
   Assistant United States Attorney
5
       150 Almaden Blvd., Suite 900
6      San Jose, California 95113
       Telephone:  (408) 535-5079
7      FAX: (408) 535-5066

8  Attorneys for Plaintiff

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                  SAN JOSE DIVISION

12
   UNITED STATES OF AMERICA,        )     No. 07-00373 RMW
13                                   )
           Plaintiff,                )
14                                   )
             v.                      )     SUBSTITUTION OF ATTORNEY
15                                   )
   NED ROSCOE, and                   )
16 JOHN ROSCOE,                      )
                                     )
17         Defendants.               )
                                     )
18 _____

19
        Please take notice that as of February 27, 2008, the Assistant United States Attorney whose
20
   name, address, telephone number and e-mail address are listed below was assigned to be counsel
21
   for the government.
22                              Assistant U.S. Attorney Eumi Choi
                                150 Almaden Blvd, Suite 900
23                              San Jose, California 95113
                                Telephone: (408)535-5079
24                              e-mail: Eumi.Choi@usdoj.gov

25
   DATED: February 27, 2008              Respectfully Submitted,
26
                                         JOSEPH P. RUSSONIELLO
27                                       United States Attorney

28                                       _____/s/_____
                                         EUMI CHOI
                                         Assistant United States Attorney