| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | CYNTHIA C. LIE |
| | Assistant Federal Public Defender |
| 3 | 160 West Santa Clara Street, Suite 575 |
| | San Jose, CA  95113 |
| 4 | Telephone:  (408) 291-7753 |
| 5 | Counsel for Defendant NED ROSCOE |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-00373 RMW | |
| | ) | | |
| Plaintiff, | ) | FEDERAL PUBLIC DEFENDER'S | |
| | ) | MOTION TO WITHDRAW AS COUNSEL | |
| vs. | ) | FOR DEFENDANT NED ROSCOE | |
| | ) | | |
| NED ROSCOE and JOHN ROSCOE, | ) | Date:   April 7, 2008 | |
| | ) | Time:   9:00 a.m. | |
| Defendant. | ) | Court:  6 | |
| _____ | ) | | |

The Federal Public Defender for the Northern District of California hereby moves this Court for an order permitting it to withdraw as counsel for defendant Ned Roscoe and appointing a member of the Criminal Justice Act panel to represent Mr. Roscoe in the above-captioned matter.  The basis for the motion is the existence of a conflict of interest, namely the recent discovery that the law firm at which the undersigned was previously employed did at the time represent the financial institution now alleged to be the victim of the charged offenses.

The matter is presently scheduled for a status hearing on Monday, April 7, 2008 at 9:00 a.m.  This office is in the process of identifying panel counsel who would be available to accept an appointment, in the event the Court grants this motion.

Dated: April 2, 2008

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender

s/
CYNTHIA C. LIE
Assistant Federal Public Defender

Federal Public Defender's Motion to Withdraw
and for Appointment of Panel Counsel                2