***E-FILED***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte          **REPORTER:** Lee-Anne Shortridge

**DATE:** April 7, 2008              **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00373-RMW

**TITLE:** UNITED STATES OF AMERICA  -v- NED & JOHN ROSCOE
     **APPEARANCES:**                (P)

**PLTF:** AUSA: E. Choi              **DEFT:** C. Lie, M. Eibert & P. Leeming

**COURT ACTION:** MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT NED ROSCOE/STATUS HEARING

Hearing Held. The appearance of defendant John Roscoe is waived. The Court grants the motion and AFPD - C. Lie is hereby relieved. The Court appoints Mark Eibert as counsel Ned Roscoe. The Court set a Status Hearing for 5/5/08 @ 9:00 AM. The Court excluded time based on new counsel and effective preparation. Time is excluded to 5/5/08. Government to prepare exclusion order.

*/s/ Jackie Garcia*
  **JACKIE GARCIA**
  **Courtroom Deputy**