**\*E-FILED \***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte    **REPORTER:** Lee-Anne Shortridge

**DATE:** June 30, 2008    **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00373-RMW

**TITLE:** UNITED STATES OF AMERICA    -v- NED ROSCOE & JOHN ROSCOE
    **APPEARANCES:**    (P)

**PLTF:** AUSA: E. Choi    **DEFT:** M. Eibert & P. Leeming

**COURT ACTION:** ARRAIGNMENT/STATUS HEARING

Hearing Held. The Court arraigned the defendants on the superseding indictment. The defendants waived reading of the indictment and advisement of rights. Defendants entered a plea of "not guilty" as to Counts 1 thru 11. Defense counsel needs to obtain discovery. The Court continued this matter to 8/25/08 @ 9:00 AM for a Status Hearing. The Court excluded time based on complexity of case. Time is excluded to 8/25/08. Government to prepare exclusion order.

       /s/ Jackie Garcia
         **JACKIE GARCIA**
       **Courtroom Deputy**