JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

EUMI L. CHOI (WVBN 722)
Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-5079
   Facsimile:  (408) 535-5066
   Email: Eumi.Choi@usdoj.gov

Attorneys for the United States of America

***E-FILED - 7/24/08***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>NED ROSCOE, and )<br>JOHN ROSCOE, )<br>)<br>   Defendants. )<br>_____ ) | No. CR 07-00373 RMW<br><br>STIPULATION AND []<br>ORDER TO CONTINUE STATUS<br>HEARING AND TO EXCLUDE TIME<br>FROM JUNE 30, 2008 THROUGH<br>AUGUST 25, 2008 FROM THE SPEEDY<br>TRIAL ACT CALCULATION (18 U.S.C. §<br>3161(h)(8)(A),(B)) |

On June 30, 2008, the parties appeared for a hearing before the Court for a status hearing and superseding arraignment. The defendants each pleaded not guilty to the charges contained in the superseding indictment, and further requested that the Court set the matter for another status hearing on August 25, 2008, on the asserted bases that they intend to make further discovery requests in this case, and because the case is complex.  The government and counsel for both defendants thus stipulated to an exclusion of time under the Speedy Trial Act.

The United States hereby submits this written request for an order finding that said time is excluded under the Speedy Trial Act, 18  U.S.C. § 3161, in that the ends of justice are served by taking such action and outweigh the best  interests of the public and defendants in a speedy

1

1  trial. 18 U.S.C. § 3161(h)(8)(A). Further, the case has been deemed complex under 18 U,S.C. §
2  3161(h)(8)(B)(ii).

4  DATED: July 1, 2008                    JOSEPH P. RUSSONIELLO
                                          United States Attorney

6                                         _____/S/_____
                                          EUMI L. CHOI
7                                         Assistant United States Attorney

9                                         _____/S/_____
                                          MARK EIBERT
                                          For Defendant NED ROSCOE

11                                        _____/S/_____
                                          PETER LEEMING
12                                        For Defendant JOHN ROSCOE

**ORDER**

16     Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY
17  ORDERS that the time between June 30, 2008 through August 25, 2008 is excluded under the
18  Speedy Trial Act, 18 U.S.C. § 3161. The Court finds that the ends of justice are served by taking
19  such action and outweigh the best interests of the public and defendants in a speedy trial. 18
20  U.S.C. § 3161(h)(8)(A). Moreover, the case has been deemed complex under 18 U,S.C. §
21  3161(h)(8)(B)(ii). The Court therefore concludes that this exclusion of time should be made
22  under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(ii).
23  IT IS SO ORDERED.
24  DATED:   7/24/08                      *Ronald M. Whyte*
                                          RONALD M. WHYTE
25                                        UNITED STATES DISTRICT JUDGE

2