IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S.A.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NED ROSCOE & JOHN ROSCOE,<br><br>　　　　Defendant. | *E-FILED - 8/13/08*<br><br>CASE NO.: CR-07-00373-RMW<br><br>**CLERK'S NOTICE OF CONTINUANCE OF STATUS HEARING** |

PLEASE TAKE NOTICE that the Status Hearing in the above-entitled matter which was previously set for August 25, 2008, has been continued to **September 2, 2008 @ 9:00 a.m.**, before the Honorable Judge Ronald M. Whyte. Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

DATED: August 13, 2008

　　　　　　　　　　　　　　　　　　　　　　　/s/ Jackie Garcia
　　　　　　　　　　　　　　　　　　　　　　　JACKIE GARCIA
　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy for
　　　　　　　　　　　　　　　　　　　　　　　Honorable Ronald M. Whyte

1 | Copy of Order E-Filed to Counsel of Record: