**\*E-FILED \***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte          **REPORTER:** Lee-Anne Shortridge

**DATE:** September 2, 2008          **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00373-RMW

**TITLE:** UNITED STATES OF AMERICA     -v- NED ROSCOE & JOHN ROSCOE
          APPEARANCES:                      (P) (C)

**PLTF:** AUSA: E. Choi          **DEFT:** M. Eibert & P. Leeming

**COURT ACTION:** STATUS HEARING

**Hearing Held. The government has provided additional discovery to the defense. Defense needs additional time to review the discovery. The Court continued this matter to 10/20/08 @ 9:00 AM for a Status Hearing. The Court excluded time based on effective preparation. Time is excluded to 10/20/08. Government to prepare exclusion order.**

                             */s/ Jackie Garcia*
                                **JACKIE GARCIA**
                              **Courtroom Deputy**