JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

EUMI L. CHOI (WVBN 722)
Assistant United States Attorney

150 Almaden Boulevard
San Jose, California 95113
Telephone: (408) 535-5079
Facsimile: (408) 535-5066
Email: eumi.choi@usdoj.gov

Attorneys for the United States of America

*E-FILED - 9/8/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> v. </br></br> NED ROSCOE, and </br> JOHN ROSCOE, </br></br> Defendants. | No. CR 07-00373 RMW </br></br> STIPULATION AND [] ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME FROM SEPTEMBER 2, 2008 THROUGH OCTOBER 20, 2008 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A),(B)) |

On September 2, 2008, the parties appeared before the Court for a status hearing. Both defense counsel requested another status hearing on the asserted bases that they had recently received from the government additional discovery in this case, and were contemplating the potential issuance of Rule 17 subpoenas. The government did not oppose a short continuance of the status hearing; defense counsel requested 60 days for another status hearing. The Court set a status hearing on October 20, 2008, to which all parties agreed and stipulated to an exclusion of time under the Speedy Trial Act.[1]

---

[1] Moreover, in prior court appearances, the case had been deemed complex under 18 U.S.C. § 3161(h)(8)(B)(ii).

The United States hereby submits this written request for an order finding that said time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161, in that the ends of justice are served by taking such action and outweigh the best interests of the public and defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). Further, the case has been deemed complex under 18 U.S.C. § 3161(h)(8)(B)(ii).

DATED: September 4, 2008          JOSEPH P. RUSSONIELLO
                                  United States Attorney


                                  _____/s/_____
                                  EUMI L. CHOI
                                  Assistant United States Attorney


                                  _____/s/_____
                                  Mark Eibert, Esq.
                                  Lead Attorney for Ned Roscoe


                                  _____/s/_____
                                  Peter Leeming, Esq.
                                  Lead Attorney for John Roscoe

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between September 2, 2008 through October 20, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161.  The Court finds that the ends of justice are served by taking such action and outweigh the best interests of the public and defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).  Moreover, the case has been deemed complex, 18 U.S.C. § 3161(h)(8)(B)(ii).  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(ii).

IT IS SO ORDERED.

DATED:   9/8/08

_Ronald M. Whyte_
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE