Mark D. Eibert  (Bar # 116570)
Attorney at Law
P. O. Box 1126
Half Moon Bay, CA 94019-1126
Telephone: (650) 638-2380
Fax: (650) 712-8377

Attorney for: Defendant Ned Roscoe

*E-FILED - 3/4/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JOHN ROSCOE AND NED ROSCOE,<br><br>　　　　Defendants. | CR NO. 07-00373 RMW<br><br>JOINT STIPULATION AND []<br>ORDER RESCHEDULING PRETRIAL CONFERENCE<br><br>Current date and time:<br>Date: March 26, 2009<br>Time: 2:00 p.m.<br>Courtroom: Hon. Ronald M. Whyte |

　　　Defendant Ned Roscoe, through his attorney, Defendant John Roscoe, through his attorney, and the United States, through its attorney, hereby stipulate and agree and move the Court to reschedule the Pretrial Conference in this case from its present date and time of 2:00 p.m. on March 26, 2009 to the previous day, March 25, 2009, at 3:00 p.m.  This new date and time have been cleared with the Court's Courtroom Deputy.

　　　The reason for the one day change in date is that counsel for defendant Ned Roscoe is required to be at mandatory training at the Ninth Circuit in Pasadena on March 26, as a condition of his continued membership on the Ninth Circuit CJA Appellate Panel for the Central District.

/ / /

/ / /

Dated: February 13, 2009         Respectfully submitted,

                                 */s/ Mark D. Eibert*

                                 MARK D. EIBERT
                                 Attorney for Defendant Ned Roscoe

Dated: February 13, 2009         Respectfully submitted,

                                 /s/ *Peter Leeming*

                                 PETER LEEMING
                                 Attorney for Defendant John Roscoe

Dated: February 13, 2009         Respectfully submitted,

                                 */s/ Daniel Kaleba*

                                 Attorney for the Government

## **ORDER**

Good cause appearing therefore, it is hereby ORDERED that the Pretrial Conference in this case shall be rescheduled for March 25, 2009, at 3:00 p.m.

Dated: March 4, 2009                      _____
                                          HON. RONALD M. WHYTE
                                          UNITED STATES DISTRICT JUDGE