1 | JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

2

3 | BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

4 | DANIEL R. KALEBA (CABN 223789)
Assistant United States Attorney

5

6 | 150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5061

7 | Facsimile: (408) 535-5066
E-Mail: daniel.kaleba@usdoj.gov        ***E-FILED - 5/20/09***

8

Attorneys for the United States of America

9

10 |              UNITED STATES DISTRICT COURT

11 |            NORTHERN DISTRICT OF CALIFORNIA

12 |                  SAN JOSE DIVISION

13 | UNITED STATES OF AMERICA,      )    CR 07-00373 RMW
                                   )
14 |        Plaintiff,              )    STIPULATION AND []
                                   )    ORDER TO SCHEDULE CHANGE OF
15 |     v.                         )    PLEA PROCEEDING AND TO
                                   )    CONTINUE JUNE 1, 2009 TRIAL
16 | NED ROSCOE, and               )    DATE
    JOHN ROSCOE                     )
17 |                                )    Date:      May 21, 2009
         Defendant.                )    Time:      2:00 p.m.
18 |                                )    Court:     Hon. Ronald M. Whyte

19

20 |     WHEREAS, on May 5, 2009, the parties voluntarily participated in a settlement

21 | conference before the Honorable Patricia V. Trumbull;

22 |     WHEREAS, defendants NED ROSCOE and JOHN ROSCOE separately reached a

23 | pre-trial resolution of the above-captioned matter with the United States;

24 |     WHEREAS, the next appearance before the district court is set for May 21, 2009,

25 | at 2:00 p.m., for a final pretrial conference;

26 |     THEREFORE, the parties jointly stipulate and request that this Court convert the

27 | May 21, 2009 final pretrial conference to a change of plea proceeding.  The parties

28

*Stip. to Schedule Change of Plea
and Continue Trial Date*
CR 07-00373 RMW                    1

1  further jointly stipulate and request that the Court continue the June 1, 2009 trial date,

2  with the expectation that the issue of trial setting will be mooted upon entry of the change

3  of plea.

4

5

6  DATED: May 8, 2009                    Respectfully submitted,

7                                        JOSEPH P. RUSSONIELLO
                                         United States Attorney
8

9                                        _____/s/_____
10                                       DANIEL R. KALEBA
                                         Assistant United States Attorney
11

12  DATED: May 8, 2009                   _____/s/_____
                                         MARK D. EIBERT
13                                       Attorney for Defendant Ned Roscoe

14

15  DATED: May 8, 2009                   _____/s/_____
                                         PETER A. LEEMING
16                                       Attorney for Defendant John Roscoe

17                          [PROPOSED] ORDER

18

19       Based upon the joint stipulation of all parties set forth above, and good cause

20  appearing therefore, the request to convert the May 21, 2009 pretrial conference to a

    change of plea proceeding, and to continue the June 1, 2009 trial date, is granted.
21

22

23  IT IS SO ORDERED.

24

25  DATED: May __20__, 2009              _Ronald M. Whyte_

26                                       HONORABLE RONALD M. WHYTE
                                         United States District Judge
27

28

*Stip. to Schedule Change of Plea*
*and Continue Trial Date*
CR 07-00373 RMW