1  VICKI H. YOUNG
   Law Offices of Vicki H. Young
2  706 Cowper Street, Suite 205
   Palo Alto, California 94301
3
   Telephone (415) 421-4347                              *E-FILED - 7/23/10*
4
   Counsel for Defendant Ned Roscoe
5

6
                        IN THE UNITED STATES DISTRICT COURT
7
                      FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

9

10 | UNITED STATES OF AMERICA,        )   No. CR 07-00373 RMW
                                      )
11 |        Plaintiff,                )   STIPULATION TO MODIFY BRIEFING
                                      )   SCHEDULE FOR PRETRIAL CONFERENCE;
12 |   vs.                            )   [] ORDER
                                      )
13 | NED ROSCOE, et.al.               )   DATE:  August 5, 2010
                                      )   TIME:  2:00 p.m.
14 |        Defendants.               )
                                      )   Before The Honorable Ronald M. Whyte
15

16
           It is hereby stipulated between the United States of America, by and through Assistant United
17
   States Attorney Eumi Choi, and defendants Ned Roscoe and John Roscoe, by and through their
18
   respective counsel, that the briefing schedule for the pretrial date of August 5, 2010, be modified as
19
   follows:   pretrial pleadings to be filed on July 26, 2010 and any responses to pretrial pleadings to be
20
   filed on August 2, 2010.  The reason for this change is that counsel need additional time to complete
21
   the pleadings.  The pretrial conference date of August 5, 2010, at 2:00 p.m. will remain as set.
22
   ///
23
   ///
24

25

26

   STIP AND [] ORDER
                                                 - 1 -

It is so stipulated.

Dated:       July 22, 2010                          Respectfully submitted,


 /s/ Vicki H. Young
VICKI H. YOUNG, ESQ.
Attorney for Ned Roscoe


Dated:       July, 22, 2010                          /s/   Peter Leeming
PETER LEEMING, ESQ.
Attorney for John Roscoe


Dated:       July 22, 2010                         JOSEPH P. RUSSIONIELLO
UNITED STATES ATTORNEY


 /s/   Eumi Choi
EUMI CHOI
Assistant United States Attorney

STIP AND [] ORDER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                          )<br>            Plaintiff,                           )<br>                                                          )<br>       v.                                             )<br>                                                          )<br>NED ROSCOE, et.al.,                      )<br>                                                          )<br>            Defendants.                    )<br>_____)  | CR No.: CR 07-00373 RMW<br><br>ORDER<br>MODIFYING BRIEFING<br>SCHEDULE |

For the reasons set forth above in the stipulation between the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the briefing schedule for the pretrial date of August 5, 2010, is modified as follows:

    July 26, 2010   -   Pretrial filings due

    August 2, 2010 -   Responses to pretrial filings due

    August 5, 2010 -   Pretrial conference

DATE: 7/23/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

STIP AND ORDER

- 3 -