MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Acting Chief, Criminal Division

EUMI L. CHOI (WVBN 722)
Assistant United States Attorney

150 Almaden Boulevard
San Jose, California 95113
Telephone: (408) 535-5079
Facsimile:  (408) 535-5066
Email: Eumi.Choi@usdoj.gov

Attorneys for the United States of America

*E-FILED - 10/21/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NED ROSCOE, and<br>JOHN ROSCOE,<br><br>Defendants. | No. CR 07-00373 RMW<br><br>[] ORDER FOR ADDITIONAL MOTIONS SCHEDULE AND TO EXCLUDE TIME FROM NOVEMBER 1, 2010, THROUGH JANUARY 18, 2011, FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(7)(A),(B)) |

On October 7, 2010, defendant John Roscoe was arraigned on the second superseding indictment, which the grand jury returned on September 29, 2010, in the above-referenced case. On October 14, 2010, defendant Ned Roscoe was arraigned on the second superseding indictment. On October 17, 2010, in light of the second superseding indictment, defendant Ned Roscoe filed a motion for a continuance of the November 1, 2010, trial date, requesting the additional time for effective preparation.

The parties have agreed to the following briefing and trial schedule, which they respectfully request the Court to order: any motions to be filed by November 10, 2010, responses thereto to be filed by November 18, 2010, replies thereto to be filed by November 22, 2010, a

motions hearing, if necessary, to be held on November 29, 2010, at 9:00 a.m., the pretrial conference to be held on January 6, 2011, at 2:00 p.m., and trial to commence on January 18, 2011.

On behalf of all parties, the United States hereby submits this proposed order for the above-specified motions schedule, and a finding that the time between November 1, 2010, through January 18, 2011, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161, in that the ends of justice are served by taking such action and outweigh the best interests of the public and defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).  Further, the failure to grant such a continuance would unreasonably deny counsel for defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

DATED: October 20, 2010

MELINDA HAAG
United States Attorney

_____/S/_____
EUMI L. CHOI
Assistant United States Attorney

_____/S/_____
GRANT P. FONDO
Assistant United States Attorney

_____/S/_____
PETER LEEMING, ESQ.
Counsel for defendant John Roscoe

_____/S/_____
VICKI YOUNG, ESQ.
Counsel for defendant Ned Roscoe

**ORDER**

Based upon the request of defense counsel, the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS the following motions schedule: any motions to be filed by November 10, 2010, responses thereto to be filed by November 18, 2010, replies thereto to be filed by November 22, 2010, a motions hearing, if necessary, to be held on November 29, 2010, at 9:00 a.m., the pretrial conference to be held on January 6, 2011, at 2:00 p.m., and trial to commence on January 18, 2011. The Court further ORDERS that the time between November 1, 2010, through January 18, 2011, be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, <u>et. seq.</u> The Court finds that the ends of justice are served by taking such action and outweigh the best interests of the public and defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Further, the failure to grant such a continuance would unreasonably deny counsel for defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 10/21/10

*Ronald M. Whyte*
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE