VICKI H. YOUNG
Law Offices of Vicki H. Young
706 Cowper Street, Suite 205
Palo Alto, California 94301

*E-FILED - 6/2/11*

Telephone (415) 421-4347

Counsel for Defendant Ned Roscoe

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-00373 RMW |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING |
| vs. | [] ORDER |
| NED ROSCOE, et.al. | |
| Defendants. | |

    It is hereby stipulated between the United States of America, by and through Assistant United States Attorneys Eumi Choi and Grant Fondo, and defendants Ned Roscoe and John Roscoe, by and through their respective counsel, that the sentencing date of June 6, 2011, be continued to August 1, 2011.

    The reason for this continuance is that counsel for Ned Roscoe and the government have agreed to provide their positions to U.S. Probation Officer Benjamin Flores regarding the "loss calculation" that should apply to Ned Roscoe. The parties have agreed to provide the materials by May 12, 2011. After receipt of the materials, USPO Flores will need time to review the materials before preparing the draft presentence report. The draft presentence report must be disclosed 35 days before the sentencing date. A continuance to August 1, 2011, will allow sufficient time for the receipt of the materials and preparation of the draft presentence report.

STIP AND [] ORDER

- 1 -

1     The parties agree that Ned Roscoe and John Roscoe should be sentenced on the same day,
2 therefore John Roscoe's sentencing date should also be continued to August 1, 2011, at 9:00 a.m.
3     USPO Benjamin Flores has been advised of this request and has no objection.
4     It is so stipulated.

5 Dated: April 28, 2011                                   Respectfully submitted,

                                                      /s/ Vicki H. Young
                                                      VICKI H. YOUNG, ESQ.
                                                      Attorney for Ned Roscoe

Dated: April 28, 2011                                     /s/ Peter Leeming
                                                      PETER LEEMING, ESQ.
                                                      Attorney for John Roscoe

Dated: April 28, 2011                                       MELINDA HAAG
                                                     UNITED STATES ATTORNEY

                                                      /s/ Eumi Choi
                                                      EUMI CHOI
                                                      Assistant United States Attorney

Dated: April 28, 2011                                       /s/ Grant Fondo
                                                      GRANT FONDO
                                                     Assistant United States Attorney

**[ORDER]**

    GOOD CAUSE APPEARING THEREFOR, the sentencing date for Ned and John Roscoe is continued to August 1, 2011 at 9:00 a.m.

    IT IS SO ORDERED.

DATE: 6/2/11

/s/ Ronald M. Whyte
RONALD M. WHYTE
Senior United States District Judge

STIP AND [] ORDER

- 2 -