VICKI H. YOUNG
Law Offices of Vicki H. Young
706 Cowper Street, Suite 205
Palo Alto, California 94301

*E-FILED - 6/29/11*

Telephone (415) 421-4347

Counsel for Defendant Ned Roscoe

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00373 RMW |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| ) | SENTENCING HEARING |
| vs. ) | [] ORDER |
| ) | |
| NED ROSCOE, et.al. ) | |
| ) | |
| Defendants. ) | |

    It is hereby stipulated between the United States of America, by and through Assistant United States Attorneys Eumi Choi and Grant Fondo, and defendants Ned Roscoe and John Roscoe, by and through their respective counsel, that the sentencing date of August 1, 2011, be continued to September 26, 2011.

    The reason for this continuance is that additional time is needed for the defense to subpoena Comerica Bank for their records pertaining to the "loss calculation" and to provide those materials to the probation office. After receipt of the materials, USPO Flores will need time to review the materials before preparing the draft presentence report. The draft presentence report must be disclosed 35 days before the sentencing date. A continuance to September 26, 2011, will allow sufficient time for the receipt of the materials and preparation of the draft presentence report.

STIP AND [] ORDER

- 1 -

1   The parties agree that Ned Roscoe and John Roscoe should be sentenced on the same day,
2   therefore John Roscoe's sentencing date should also be continued to September 26, 2011, at 9:00
3   a.m.
4   USPO Benjamin Flores has been advised of this request and has no objection.
5   It is so stipulated.

6   Dated: June 28, 2011                                     Respectfully submitted,

7
                                                              /s/ Vicki H. Young
8                                                             VICKI H. YOUNG, ESQ.
                                                              Attorney for Ned Roscoe
9

10  Dated: June 28, 2011                                      /s/   Peter Leeming
                                                              PETER LEEMING, ESQ.
11                                                            Attorney for John Roscoe

12
    Dated: June 28, 2011                                      MELINDA HAAG
13                                                            UNITED STATES ATTORNEY

14
                                                              /s/   Eumi Choi
15                                                            EUMI CHOI
                                                              Assistant United States Attorney
16

17                                                            /s/   Grant Fondo
                                                              GRANT FONDO
18                                                            Assistant United States Attorney

19
                                    **[ORDER]**
20

21  GOOD CAUSE APPEARING THEREFOR, the sentencing date for Ned and John Roscoe is
22  continued to September 26, 2011.
23  IT IS SO ORDERED.
24  DATE: _6/29/11_____

25                                                            _Ronald M. Whyte_
                                                              RONALD M. WHYTE
26                                                            Senior United States District Judge

STIP AND [] ORDER