1  VICKI H. YOUNG
   Law Offices of Vicki H. Young
2  706 Cowper Street, Suite 205
   Palo Alto, California 94301
3
   Telephone (415) 421-4347
4
   Counsel for Defendant Ned Roscoe
5

6
                    **IN THE UNITED STATES DISTRICT COURT**
7
                   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
8

9

10 | UNITED STATES OF AMERICA,  )  No. CR 07-00373 RMW
                                )
11 |         Plaintiff,          )  STIPULATION TO CONTINUE
                                )  SENTENCING HEARING
12 |     vs.                     )  [] ORDER
                                )
13 | NED ROSCOE, et.al.          )
                                )
14 |         Defendants.         )
                                )
15

16     It is hereby stipulated between the United States of America, by and through Assistant United

17 States Attorneys Eumi Choi and Grant Fondo, and defendants Ned Roscoe and John Roscoe, by and

18 through their respective counsel, that the sentencing date of December 14, 2011, be continued to

19 February 1, 2012 at 10:00 am.

20     1.   The draft PSR was released on November 17, 2011, which is less than 35 days before

21 the current sentencing date of December 14, 2011. F.R.Cr.P. 32(b)(6)(A) requires that the draft

22 presentence report be furnished to the defendant and defendant's counsel not less than 35 days

23 before the sentencing hearing, unless the defendant waives the minimum period.

24     2.   The government opposes another continuance of defendants' sentencing. However,

25 defendants are not willing to shorten their time to file their objections to the presentence report or

   their time to file their sentencing memorandum.
26

STIP AND [] ORDER
                                          - 1 -

1     3. Given the above, and the parties' schedules and the intervening holidays, the parties
2 agreed to a continuance to Hgdtwct{": ."4234, and the following proposed briefing schedule as
3 follows:
4     Objections to draft presentence report due on December 43. 2011.
5     Final Presentence Report will be released on January 45, 2012.
6     Sentencing Memorandum will be filed on Hgdtwct{"3, 2012.
7     Sentencing Hearing set for Hgdtwct{": ."4234.
8     The parties agree that Ned Roscoe and John Roscoe should be sentenced on the same day,
9 therefore John Roscoe's sentencing date should also be continued to Hgdtwct{": ."4234"cv"32<22"c.m.
10     USPO Benjamin Flores has been advised of this request and has no objection.
11     It is so stipulated.

12 Dated: December 5, 2011            Respectfully submitted,

14                                          /s/ Vicki H. Young
                                         VICKI H. YOUNG, ESQ.
                                         Attorney for Ned Roscoe

16 Dated: December 5, 2011            /s/ Peter Leeming
                                         PETER LEEMING, ESQ.
17                                          Attorney for John Roscoe

18 Dated: December 5, 2011            MELINDA HAAG
19                                          UNITED STATES ATTORNEY

21 Dated: December 5, 2011            /s/ Grant Fondo
                                         GRANT FONDO
22                                          Assistant United States Attorney

STIP AND [] ORDER

1
2
3     **[ ORDER]**
4     GOOD CAUSE APPEARING THEREFOR, the sentencing date for Ned and John Roscoe is
5 continued to Hgdtwct{": ."4234, at 32:00 c.m.
6     IT IS SO ORDERED.
7 DATE: FG³D¹ÐFF  _____

8                                    *Ronald M. Whyte*
                                   RONALD M. WHYTE
9                                  Senior United States District Judge

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIP AND [] ORDER

- 3 -